UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | |
|---|---|
| In Re:   Donna L. Hillian-Ziglar aka Donna L. Jennings | Case No. 15-12800-WIL<br>Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3, Movant (Ocwen Loan Servicing LLC, Servicer)
vs.

Donna L. Hillian-Ziglar aka Donna L. Jennings, Debtor
aka Donna H Ziglar
                Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
### Real Property at 3152 Forest Run DR, District Heights, Maryland 20747

Comes now, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3, Movant (Ocwen Loan Servicing LLC, Servicer) herein, by Kyle J. Moulding, Esq., its attorney and respectfully represents:

1. This Motion is filed pursuant to 11 U.S.C. Sec. 362 d thru f, and 28 U.S.C. Sec. 1334 and Sec. 157, giving this Court jurisdiction to grant relief from the Automatic Stay for cause and/or to prevent irreparable damage to the interest of a secured creditor in the property of the Debtor.

2. Movant is the holder of a Note secured by a Deed of Trust dated October 6, 2006, and recorded among the land records of Prince George's County, Maryland, at Liber 26492 and folio 437 and which encumbers the property of the Debtor at 3152 Forest Run DR, District Heights, Maryland 20747.

3. As of March 10, 2017, the current amount due to the Movant is approximately $390,076.33, which includes: a principal balance in the amount of $208,496.11; interest in the amount of $99,348.34; through March 10, 2017; accumulated late charges in the amount of $903.00; an escrow deficit in the amount of $40,964.01; suspense balance in the amount of $40.24; and Other (Interest Arrearage) in the amount of $1,481.95; Other (Pre-Petition Credit) in

15-612401

the amount of $519.64; Other (Returned Check Fee) in the amount of $25.00; Other (E-File - Court Mandated Cost) in the amount of $176.00; Other (Motion for Relief) in the amount of $650.00; Other (Dismissal Fee) in the amount of $30.00; Other (Statutory Mailings) in the amount of $0.45; Other (FC Thru Title Searches) in the amount of $2,470.00; Other (Property Valuation Expense) in the amount of $102.00; Other (Title Report Fee) in the amount of $422.49; Other (Deferred Prin Balance) in the amount of $35,566.86.

4. As of March 10, 2017, the Debtor has failed to pay the payments for the months of March 2015 to March 2017, so that the post-petition arrears are approximately $41,854.21, which include: payments in the amounts of $1,668.25, for the months of March 2015 through February 2016; $1,688.37, for the months of March 2016 through November 2016; and $1,670.03, for the months of December 2016 through March 2017, Suspense Balance in the amount of $40.24. The current monthly payment is $1,670.03.

5. In addition to the other amounts due to Movant reflected in the Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $850.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award of allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and other applicable law.

6. The Movant is inadequately protected by the Debtor's failure to make the pre-petition and post-petition payments which may include an escrow for taxes and insurance.

7. In his/her Schedules, the Debtor lists a current market value of $198,839.00 for the real property. There is no equity in the real property above the secured debt and the real property has no value to the bankruptcy estate.

8. Therefore, cause exists to grant relief from stay. Movant lacks adequate protection and continues to be irreparably harmed by the continuation of the Stay of 11 U.S.C. Sections 362(a) and 1301, if applicable.

9. Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3, services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3, (the noteholder) and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/ or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommenced, said foreclosure action will be conducted in the name of Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3, (the noteholder). Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3, (the noteholder) has the right to foreclose because: Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through and agent has possession of

15-612401

the promissory note and the promissory note is either made payable to Noteholder or has been duly endorsed.

### NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS

Creditor will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records are available for inspection by the adverse party upon demand.

WHEREFORE, the Movant prays this Honorable Court to issue an Order

1. Lifting the Automatic Stay as to the Debtor's property at 3152 Forest Run DR, District Heights, Maryland 20747**,** so that the Movant can proceed with the foreclosure of its Deed of Trust; or alternatively

2. Allowing the Movant, through its agents, servicers and representatives to be permitted to contact Debtor(s) counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification or other loss mitigation alternatives.

3. For such other and further relief as the Court deems appropriate.

/s/  Kyle J. Moulding, Esq. (kmg 3-16-17)
Kyle J. Moulding, Esq.
Attorney for Movant
Bar No. 30148
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on March 30, 2017, to Donna L. Hillian-Ziglar aka Donna L. Jennings at 3152 Forest Run Drive, District Heights, Maryland  20747. Copies were sent electronically via the CM/ECF system to Richard M. McGill, Esq., mcgillrm@aol.com, Timothy P. Branigan, Chapter 13 Trustee cmecf@chapter13maryland.com.

/s/Kyle J. Moulding, Esq.

15-612401